Michael R. Brooks, State Bar No. 167315
Bruce T. Bauer, State Bar No.  149781
**BROOKS BAUER, LLP**
2677 N. Main Street, Suite 930
Santa Ana, CA  92705-6632
Telephone (714) 558-1961; Facsimile (714) 564-9302

Attorneys for Defendants AMERICAN HOME MORTGAGE SERVICING INC. and AHMSI DEFAULT SERVICES, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAREN GARDNER,<br><br>    Plaintiff,<br><br>  v.<br><br>AMERICAN HOME MORTGAGE SERVICING, INC., AHMSI DEFAULT SERVICES, INC., T.D. SERVICE COMPANY, AMERICAN BROKERS CONDUIT, DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR AMERICAN HOME MORTGAGE ASSETS TRUST 2007-MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-1, VELMA WILSON, MELISSA COWPERTHWAITE, THEODORE L. FOWLER, STEVEN JAMES SAMUELSON, CYPRESS MORTGAGE GROUP, INC., and DOES 1-20, inclusive,<br><br>    Defendants. | Case No:  2:09-CV-00744-GEB-EFB<br>Honorable Garland E. Burrell, Jr.<br>Courtroom: 10<br><br>**ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

   Pursuant to stipulation between counsel for Defendants, AMERICAN HOME MORTGAGE SERVICING INC. and AHMSI DEFAULT SERVICES, INC., and Plaintiff, KAREN GARDNER, Defendants AMERICAN HOME MORTGAGE SERVICING INC. and AHMSI DEFAULT SERVICES, INC.  are hereby granted an extension up to, and including, October 1, 2009, to respond to

/ / /

1  the First Amended Complaint in this matter.

3  Dated:  September 24, 2009

```
                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge
```

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 2677 N. Main Street, Suite 930, Santa Ana, CA 92705-6632.

On September __ 2009, I served a copy of the following document(s):
**[PROPOSED] ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT** on the interested parties in this action:

 X    **BY MAIL**: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with First Class postage, thereon fully prepaid at Santa Ana, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. I have placed a true and correct copy thereof in a sealed envelope(s) with postage thereon fully prepaid addressed as follows:

 ___   **BY OVERNIGHT MAIL**: I am "readily familiar" with the firm's practice of collection and processing correspondence for overnight delivery. Under that practice, it would be retrieved by a OVERNITE EXPRESS representative during his regularly scheduled daily collection, deposited in the regularly utilized collection box for OVERNITE EXPRESS, or deposited with a OVERNITE EXPRESS representative at a OVERNITE EXPRESS office on that same day with delivery fees thereon fully prepaid at Santa Ana, California in the ordinary course of business. I have placed a true and correct copy thereof in a sealed envelope(s) designated by OVERNITE EXPRESS, with delivery fees thereon fully prepaid and addressed as follows:

Jonathan G. Stein, Esq.
Law Offices of Jonathan G. Stein
5050 Laguna Blvd., Suite 112-325
Elk Grove, CA  95758
(916)247-6868  (916)443-5022 – facsimile
jonathan@jonathangstein.com
*Attorneys for Plaintiff, Karen Gardner*

**STATE**: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

**FEDERAL**: I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 24, 2009, at Santa Ana, California.

                                                         /s/ Sandi Aders-Todd
                                                       SANDI ADERS-TODD

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28